# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2076
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Adams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Western
_____

Submitted: October 9, 2024
Filed: October 15, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Kevin Adams appeals the above-Guidelines sentence the district court[1] imposed after he pled guilty to an escape from custody. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

Counsel moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable and that a within-Guidelines sentence would have served the interests of justice. Upon careful review, this court concludes that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review); *United States v. Mangum*, 625 F.3d 466, 469-70 (8th Cir. 2010) (upward variance reasonable where court makes individualized assessment based on facts presented).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____